# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
*www.wied.uscourts.gov*

April 1, 2020

Angelica Belen
607515
Taycheedah Correctional Institution
751 Cty Rd K
PO Box 3100
Fond du Lac, WI 54936-3100

Re: **Belen, et al. v. Brunner, et al.**
**Case No. 20-CV-519**

Dear Ms. Belen:

The Clerk's Office received your civil rights complaint for filing on March 31, 2020.

This case has been assigned to U.S. Magistrate Judge Nancy Joseph. Enclosed is a magistrate judge jurisdiction form for your review. Please complete and file it with the Clerk's Office **within 21 days of the date of this letter**.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

*s/Amanda Chasteen*
Deputy Clerk

Enclosure