

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Belen et al.

Plaintiffs

v.

Brunner et. al.,

defendants

Case no. 20-CV-519

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 USC § 1915 (e)(1) plaintiffs move for an order to appoint counsel to represent them in this case. In support of this motion, plaintiff states:

1) I, Angelica Belen, am unable to afford counsel. I have requested to proceed in forma pauperis.

2) My incarceration will limit my ability to litigate this case. The issues in this case are complex, and will require expert testimony from electrical engineers, and/or other proffessionals, in addition to significant research. I am a layperson with only 12 years of schooling completed. I have limited acces to the law library, and limited knowledge of the law.

3) A trial in this case may involve conflicting testimony, and counsel would help me present evidence, and cross examine witnesses.

4) I, Angelica Belen, have made efforts to obtain a lawyer (see attached).

4-16-2020
DATE

Angelica Belen
ANGELICA BELEN

To Whom It May Concern,    February 9, 2020

My name is Angelica Belen, and I currently reside at Taycheedah Correctional Institution. I am writing to respectfully request council by your esteemed firm in a Federal Tort Claim for wrongful death. I respectfully ask for representation on my behalf and that of my minor son Wilfredo J. Belen Jr.

It is my belief that Guardian Investment Realty and Tri-City National Bank neglected to properly inspect and maintain a property which I occupied from July 18, 2012 through April 11, 2013, resulting in an electrical fire on that date which claimed the lives of 3 of my 4 children. The fire was caused by a defective high resistant junction box in a kitchen light fixture. It is my belief that had the property been properly inspected and maintained the fire would never have occurred thus my children would not have died, and my son would not have lost his siblings.

Your consideration and a response in this matter would be deeply appreciated. Thank you for your time.

Respectfully Yours,

Angelica Belen

DOC #607515 Angelica Belen
Taycheedah Correctional Inst.
PO Box 3100
Fond du Lac, WI
54936