NJ

2020 MAY 13 P 12: 38

**ANGELICA BELEN, et al. ,**
   **Plaintiffs,**    CLERK OF COURT

v.               **Case no. 20-CV-519**

**TODD BRUNNER et al.,**
   **Defendants.**

## IN RESPONSE TO THE ORDER SCREENING PLAINTIFFS' COMPLAINT

Under 28 U.S.C. § 1332 the court's jurisdiction may be invoked where there is 1) diversity of citizenship between all plaintiffs and all defendants; and 2) where the amount in controversy exceeds the sum of $75,000. Pursuant to this Plaintiff Angelica Belen states that:

1) There is a diversity of citizenship. To the best of the knowledge of Plaintiff Angelica Belen, Plaintiff Wilfredo J. Belen Jr. resides in the state of Ohio with his father Wilfredo Belen-Marrero (aka Wilfredo Sr.). Wilfredo Sr. is the estranged husband of Angelica Belen.

2) Whether the amount in controversy exceeds a sum of $75, 000. In Section D) of the Statement of Claim in this case Plaintiff asked that the court exercise its discretion when assessing compensatory and punitive damages. Plaintiff also requested that "any expenses related to mental health difficulties my son, Wilfredo Jr. may incur in the future be reimbursed by each defendant". It is my belief that this would far exceed a sum of $75,000, when taking into consideration that Nayeli was only 5-years old, and Adrian and Alexis were just 4-years-old at

the time of their deaths; the loss of their companionship and affection to both plaintiffs is

otherwise immeasurable.

I, Angelica Belen, declare under penalty of perjury that the forgoing is true and correct to the

best of my knowledge.

Angelica Bulin

ANGELICA BELEN #607515
Taycheedah Correctional Institution
751 County Road K
Fond du Lac, WI 54037

5-8-20

DATE



Taycheedah Correctional Inst.
PO Box 3100
Fond du Lac, WI 54936
Angelica Belen #607515
HH 2-4-2

Clerk U.S. District Court
Room 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

53202-458299